FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF ARKANSAS

AUG 05 2021

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

CHARLIE BRACKHAN
    Petitioner


        V                        Case No: 2:21-cv-00102-LPR-JJV


UNITED STATES OF AMERICA
    Respondent

This case assigned to District Judge Rudofsky
and to Magistrate Judge Volpe


COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND
PETITION FOR WRIT OF HABEAS CORPUS IMMEDIATE RELIEF
REQUESTED. 28 U.S.C.2241


INTRODUCTION


Pro Se Petitioner  Charlie Brackhan is a inmate at
FCC Forrest City Low. During the Covid outbreak in
September he developed a hernia. This hernia continues

1

to grow and can be seen in a growth outside his body cavities. This growth is huge in the shape of a football and over 7 inches long. Petitioner has made numerous pleas and requests for help and medical care. He has written multiple requests for sick call and he is in extream pain all day every day. Medical under the direction of Mr Poynor has ignored his continuing requests for help. He needs surgury and he needs it now he is in a situation that threatens his very life.

Forrest City Low staff, including the Warden and Medical Director Poynor is delibertly indifferent to the petitioners serious medical needs. They demonstrate blatant indifference to the ¬petitioners medical needs or the fact that his very life is at risk.

Attached as exhibits are just some of the requests and pleas that the Petitioner has mede to medical for help. In September he put in a sick call and was told due to the continuing covid pandemic he would be seen as soon as possible. In October he put in another request and was never called. He put in a request on 11-12-20, 12-4-20, 1-21, 2-5-21, 3-11-21 and numerous other requests. All with a pain rating of 10 out of 10. Yet still in June of 2021 he has this very painful growth the size of a football protruding from his testicle. And staff continue to be delibertly indifferent to his serious medical needs.

2.

JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to 2241 because petitioner seeks relief from being in custody in violation of the Eighth Amendment to the United States Constitution, and pursuant to 28 U.S.C.1331 for relief from conditions of confinement that are in violation of the Eighth Amendment. This Court has subject matter jurisdiction over this petition pursuant to 28 U.S.C.1331 (federal question), 5 U.S.C. 702 (Habeas Corpus), and article 1 & 9 cl 2 of the U.S. Constitution. In addition this Court has jurisdiction to grant declaratory relief pursuant to the Declaratory Judgement Act 28 U.S.C. 2201.

Venue is proper in the District of Arkansas pursuant to 28 U.S.C. 1391(b)(2) because the events and omissions giving rise to these claims occurred and continues to occur in this district.

PARTIES

Petitioner Charlie Brackhan resides at FCC Forrest City Low. The low security federal prison in Forrest City Arkansas.

3.

## RESPONDENTS

Warden Hendrix was acting warden for part of the time frame
Warden                               is currently the Warden of the
complex. Mr Poynor is the assistant health service administrator
at FCC Forrest city low. As Wardens they are responsible for
and oversees day to day operations. Defendant Poynor is
responsible for health services operations. He is in charge
of health care yet has no medical background at all. Both the
Wardens and Health services are totally responsible for the
petitioners only health care.

## FACTUAL ALLEGATIONS

Petitioner has repeatedly asked for medical help with his
hernia. It is extreamly painful as it is the size of a
football and is exposed from his body through his testicle.
He has has problems eating, sleeping, walking or doing
many movements just to take care of himself. Yet the BOP
staff are delibertly indifferent to his serious medical needs.
The PA has seen it and stated he needed surgury. But yet a year
later he is still struggling with the same issue and has been
refused to see a surgeon.

Petitioner is prose and would ask that this court construe his pleading liberally as in Haines V Kerner.

Whie Forrest City is the only medical care option for the petitioner they seem to have abandoned its duty to provide adaquate medical care. As there has been no relief, either from surgury or even for the extreme pain.

Resopndents failed to take any steps to help the petitioner and this fact alone constitutes deliberate indifference to the serious medical needs of the petitioner. This violates petitioners Eighth Amendment Rights.

"Government officials act with deliberate indifference when they ignore a condition of confinement that is sure or very likely to cause a serious illness or needless suffering the next week, month or year" even when "the complaining inmate shows no serious current symptoms," Hellig V McKinney , 509 U.S.25,33 (1993) HERE THERES A VISIBLE PROTRUSION INTO THE TESTICLE. This can be seen by immense swelling on the testicle.

The claims are simple Petitioners constitutional rights are being denied as he is being denied medical care. Health services are knowingly letting this Pertitioner suffer. And be in a situation that without treatment could be fatal.

5

Because of the lack of health care for the petitioner is so greiovous and because "a condition of confinement that is sure to cause...needless suffering is a violation of the U.S. Constitution Petitioners imprisonment is unconstitutional and violates his 8th admendment rights.

Therefore Petitioner would ask that he be ordered to home confinement so that he may get the emergency medical care he needs to save his life.

or in alternative Respondents be ordered to immediately get emergency care and surgury for Petitioner  within 24 hours of this order being filed.

Respectfully submitted,

6

BP-A0943  Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred:<br><br>FCC Forrest City Low<br>P.O. Box 9000<br>Forrest City Ar 72336 | 2. Name, address of claimant(Register number, street, city, state, and zip code):<br><br>Charlie Brackhan<br>19304-026<br>FCC Forrest City Low<br>PO Box 9000<br>Forrest City Ar 72336 |
|---|---|
| 3. Date and Day of Incident:<br><br>September 15 2020 | 4. Time: (A.M. or P.M.):<br><br>1405 |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

I was told by staff to move a few boxes. I did and got a hernia. I then wrote multiple sick calls to medical to be seen but was ignored. It has been almost a year and the hurnia is huge and protruding from my body yet I have not received proper and timely care and I am in extreme pain.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):

7. Amount of Claim for Damage to, or loss of, privately owned property  (in dollars) (Sum Certain Amount - Total Amount Of Claim): **1,000,000.00**

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF T IE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDEN ' ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEM.NT OF THIS CLAIM.

| 9. Signature of Claimant or Au horized Representative | 10. Date |
|---|---|
| | |

# Federal Correctional Complex
# Forrest City, Arkansas

## Sick Call Request/Triage and Medication Refill Form
Formulario para obtener una cita medica y para rellenar medicinas

7:00 am -7:30 am
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a.m. y 7:30 a.m. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

(PLEASE PRINT)
**NAME:** _Charlie Brackhan_____(Nombre)
**REG. No.:** _19304-026_ (Numero de Registro)
**Signature:** _Char Brr___(Firma)     **UNIT:** _MA_____(Unidad)
**Today=s Date:** _11-12-20_____(Fecha de Hoy)

**What is your medical problem?** (Cual es su problema medico?)
___2 Hernias_____

**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?) _One Since 2012  The other 2 months_____

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?)
_Never 4th Sick Call Request_____

| History of medical problems? (Circle) | Diabetes | Hypertension | Cardiac Disease | Asthma |
|---|---|---|---|---|
| | Immunocompromised | | Mental Health Problems | |

| Por cuanto tiempo tiene este problema? (Circule uno) | Diabetis | Hypertencion | Enfermedad Cardiaca | Astma |
|---|---|---|---|---|
| | Immunocomprometida | | Enfermedad Mental | |

**Are you taking medicine?** (Circle one)  YES  NO   (Estas tomando medicina - Circule uno)  (Si)  (No)

**Do you Need Refills?** (Circle one)      YES  NO   (Necesitas rellenar tus medicinas? )      (Si)  (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?**  YES  *NO*       If YES, do you have pain? (Circle one)  YES  NO
(Le ha lesionado?)     (Si)  (No)       (Tienes dolor?)          (Circule Uno) (Si)  (No)

If yes, how long have you had pain:_____   If YES, where is your pain? (Si contestas Si, donde estas su dolor?)_____
(Por cuanto tiempo?)

If yes, rate your pain (circle one)    1    2    3    4    5    6    7    8    9    (10)
(Como quantifica su dolor (circule uno)    (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
(0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)

All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.
(Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion)

_____**Do not write below this line**_____
(No escriba abajo de esta linea)

***********************************************************************************************************
***********************************************************************************************************

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

Date Scheduled to be Seen: _____     HSU Staff Signature: _____

Health Care Provider
Comments:_____
_____

**Federal Correctional Complex**
**Forrest City, Arkansas**

## Sick Call Request/Triage and Medication Refill Form
Formulario para obtener una cita medica y para rellenar medicinas

**7:00 am -7:30 am**
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a.m. y 7:30 a.m. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

(PLEASE PRINT)
**NAME:** _Charlie Brackhan_ _(Nombre)_
**REG. No.:** _19304-026_ _(Numero de Registro)_
**Signature:** _Chn B_ _(Firma)_    **UNIT:** _WB_ _(Unidad)_
**Today=s Date:** _12-4-20_ _(Fecha de Hoy)_

**What is your medical problem?** (Cual es su problema medico?) _Hernia_

**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?) _Since 2012 on one and the other a few months_

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?) _Never_

**History of medical problems?** (Circle)          Diabetes    Hypertension    Cardiac Disease          Asthma
                                                    Immunocompromised         Mental Health Problems

Por cuanto tiempo tiene este problema? (*Circule uno*) *Diabetis*       *Hypertencion*      *Enfermedad Cardiaca    Astma*
                                                       *Immunocomprometida    Enfermedad Mental*

**Are you taking medicine?** (Circle one)  YES  (NO)    (Estas tomando medicina - Circule uno)  (Si)  (No)

**Do you Need Refills?** (Circle one)      YES   NO    (Necesitas rellenar tus medicinas? )      (Si)  (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?** (YES) NO        If YES, do you have pain? (Circle one)  YES  NO
(*Le ha lesionado?*)        (Si)  (No)      (*Tienes dolor?*)                (*Circule Uno*) (Si)  (No)

If yes, how long have you had pain:_____    If YES, where is your pain? (*Si contestas Si, donde estas su dolor?*)_____
(*Por cuanto tiempo?*)

If yes, rate your pain (circle one)    1      2      3      4      5      6      7      8      9      (10)
(*Como quantifica su dolor (circule uno)*    (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
                                (*0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor*)

**All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.**
(*Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion*)

_____**Do not write below this line**_____
(*No escriba abajo de esta linea*)

************************************************************************************************************************
************************************************************************************************************************

### TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.

**Date Scheduled to be Seen:** _____        **HSU Staff Signature:** _____

**Health Care Provider**
**Comments:**_____
_____

# Federal Correctional Complex
# Forrest City, Arkansas

## Sick Call Request/Triage and Medication Refill Form
Formulario para obtener una cita medica y para rellenar medicinas

**7:00 am -7:30 am**
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a.m. y 7:30 a.m. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

(PLEASE PRINT)
**NAME:** _Charlie Brackhan_ (Nombre)
**REG. No.:** _19374-czz_ (Numero de Registro)
**Signature:** _C. Brn_ (Firma)    **UNIT:** _LJB_ (Unidad)
**Today=s Date:** _2-5-21_ (Fecha de Hoy)

**What is your medical problem?** (Cual es su problema medico?)
_Hernia_

**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?) _6 months ago_

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?)
_Never_

**History of medical problems?** (Circle)         Diabetes   Hypertension   Cardiac Disease      Asthma
                                                  Immunocompromised      Mental Health Problems

Por cuanto tiempo tiene este problema? (Circule uno) Diabetis   Hypertencion   Enfermedad Cardiaca   Astma
                                                  Immunocomprometida   Enfermedad Mental

**Are you taking medicine?** (Circle one)   YES   NO   (Estas tomando medicina - Circule uno)  (Si)  (No)

**Do you Need Refills?** (Circle one)      YES   NO   (Necesitas rellenar tus medicinas? )   (Si)  (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?**  YES  NO          If YES, do you have pain? (Circle one)  YES  NO
(Le ha lesionado?)        (Si)  (No)          (Tienes dolor?)              (Circule Uno) (Si)  (No)

If yes, how long have you had pain:_____   If YES, where is your pain? (Si contestas Si, donde estas su dolor?)_____
(Por cuanto tiempo?)

If yes, rate your pain (circle one)    1    2    3    4    5    6    7    8    9    (10)
(Como quantifica su dolor (circule uno)   (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
                          (0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)

All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.
(Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion)

_____Do not write below this line_____
(No escriba abajo de esta linea)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

**Date Scheduled to be Seen:** _____       **HSU Staff Signature:** _____

**Health Care Provider**
**Comments:**_____

# Federal Correctional Complex
## Forrest City, Arkansas

### Sick Call Request/Triage and Medication Refill Form
*Formulario para obtener una cita medica y para rellenar medicinas*

**7:00 am -7:30 am**
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a.m. y 7:30 a.m. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

**(PLEASE PRINT)**
**NAME:** Charlie Blacklehen _____ *(Nombre)*
**REG. No.:** 93H-026 *(Numero de Registro)*
**Signature:** Chr Rr _____ *(Firma)*    **UNIT:** CWB _____ *(Unidad)*
**Today=s Date:** 3-11-21 _____ *(Fecha de Hoy)*

**What is your medical problem?** (Cual es su problema medico?)
2 large Vernicas One is 7 inches long and it's hard to set afam

**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?)
6 months age

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?)
Never

**History of medical problems?** (Circle)        Diabetes  Hypertension    Cardiac Disease      Asthma
                                               Immunocompromised        Mental Health Problems

*Por cuanto tiempo tiene este problema? (Circule uno) Diabetis      Hypertencion    Enfermedad Cardiaca   Astma*
                                               *Immunocomprometida    Enfermedad Mental*

**Are you taking medicine?** (Circle one)  YES   NO    (Estas tomando medicina - Circule uno)  (Si)  (No)

**Do you Need Refills?** (Circle one)      YES   NO    (Necesitas rellenar tus medicinas? )    (Si)  (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?**  YES  NO        If YES, do you have pain? (Circle one)  YES  NO
*(Le ha lesionado?)*       (Si)  (No)       *(Tienes dolor?)*            (Circule Uno) (Si)  (No)

If yes, how long have you had pain:_____    If YES, where is your pain? *(Si contestas Si, donde estas su dolor?)*_____
*(Por cuanto tiempo?)*

If yes, rate your pain (circle one)    1    2    3    4    5    6    7    8    9    (10)
*(Como quantifica su dolor (circule uno)*   (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
                                           *(0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)*

**All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.**
*(Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion)*

_____Do not write below this line_____
*(No escriba abajo de esta linea)*

**************************************************************************************************************
**************************************************************************************************************

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

Date Scheduled to be Seen: _____        HSU Staff Signature: _____

Health Care Provider
Comments:_____
_____

# Federal Correctional Complex
## Forrest City, Arkansas

### Sick Call Request/Triage and Medication Refill Form
*Formulario para obtener una cita medica y para rellenar medicinas*

7:00 am -7:30 am
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a m. y 7:30 a.m  No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica

**(PLEASE PRINT)**
**NAME:** ___Charlie Brackhan_____*(Nombre)*
**REG. No.:** _19364-026___ *(Numero de Registro)*
**Signature:** __Chn Bm___ *(Firma)*          **UNIT:** _MA___ *(Unidad)*
**Today=s Date:** _11-12-20____*(Fecha de Hoy)*

**What is your medical problem?** *(Cual es su problema medico?)*
___2 Hernias_____

**When did your problem begin or how long have you had the problem?** *(Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?)*
__One Since 2012 The other 2 months_____

**When were you last seen for your problem?** *(Cuando fue la ultima vez que lo vieron por su problema?)*
__never 4Th Sick Call Request_____

**History of medical problems?** (Circle)          Diabetes    Hypertension    Cardiac Disease          Asthma
                                                  Immunocompromised          Mental Health Problems

*Por cuanto tiempo tiene este problema? (Circule uno) Diabetis    Hypertencion    Enfernedad Cardiaca    Astma*
*                                                     Immunocomprometida    Enfermedad Mental*

**Are you taking medicine?** (Circle one)  YES   NO    (Estas tomando medicina - Circule uno)  (Si)  (No)

**Do you Need Refills?** (Circle one)        YES   NO    (Necesitas rellenar tus medicinas? )        (Si)  (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?**  YES  NO          If YES, do you have pain? (Circle one)  YES  NO
*(Le ha lesionado?)*          (Si)  (No)          *(Tienes dolor?)*          *(Circule Uno)* (Si)  (No)

If yes, how long have you had pain·_____    If YES, where is your pain? *(Si contestas Si, donde estas su dolor?)*_____
*(Por cuanto tiempo?)*

If yes, rate your pain (circle one) —1——2———3———4———5———6———7———8———9   (10)
*(Como quantifica su dolor (circule uno)    (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)*
*                                           (0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)*

**All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.**
*(Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion)*

_____**Do not write below this line**_____
*(No escriba abajo de esta linea)*

*********************************************************************************************************************************
*********************************************************************************************************************************

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

**Date Scheduled to be Seen:** _____          **HSU Staff Signature:** _____

**Health Care Provider**
**Comments:**_____
_____

**Federal Correctional Complex**
**Forrest City, Arkansas**

**Sick Call Request/Triage and Medication Refill Form**
Formulario para obtener una cita medica y para rellenar medicinas

7:00 am -7:30 am
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7 00 a m y 7:30 a.m No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

(PLEASE PRINT)
**NAME:** Charlie Brackhan _____ *(Nombre)*
**REG. No.:** 19304-026 *(Numero de Registro)*
**Signature:** Clan B. *(Firma)*    **UNIT:** WB _____ *(Unidad)*
**Today=s Date:** 12-4-20 _____ *(Fecha de Hoy)*

**What is your medical problem?**   (Cual es su problema medico?)   Hernia
_____

**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?) Since 2012 on one and The other a few months

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?) Never

**History of medical problems?** (Circle)          Diabetes    Hypertension    Cardiac Disease        Asthma
                                                    Immunocompromised         Mental Health Problems

Por cuanto tiempo tiene este problema? (*Circule uno*) *Diabetis*    *Hypertencion*    *Enfermedad Cardiaca*    *Astma*
                                                       *Immunocomprometida*    *Enfermedad Mental*

**Are you taking medicine?** (Circle one)  YES  NO    (Estas tomando medicina - Circule uno)  (Si)  (No)

**Do you Need Refills?** (Circle one)        YES    NO    (Necesitas rellenar tus medicinas? )       (Si)  (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?** YES  NO          If YES, do you have pain? (Circle one)  YES  NO
(*Le ha lesionado?*)        (Si)  (No)       (*Tienes dolor?*)              (*Circule Uno*) (Si)  (No)

If yes, how long have you had pain:_____    If YES, where is your pain? (*Si contestas Si, donde estas su dolor?*)_____
(*Por cuanto tiempo?*)

If yes, rate your pain (circle one)    1    2    3    4    5    6    7    8    9    10
(*Como quantifica su dolor (circule uno)*__(0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
                    (0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)

**All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.**
(*Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion*)

_____**Do not write below this line**_____
(*No escriba abajo de esta linea*)

************************************************************************************************************
************************************************************************************************************

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

**Date Scheduled to be Seen:** _____        **HSU Staff Signature:** _____

**Health Care Provider**
**Comments:**_____
_____

**Federal Correctional Complex**
**Forrest City, Arkansas**

**Sick Call Request/Triage and Medication Refill Form**
Formulario para obtener una cita medica y para rellenar medicinas

**7:00 am -7:30 am**
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a.m. y 7:30 a.m. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

(PLEASE PRINT)
**NAME:** _Charlie Brackhan_ _(Nombre)_
**REG. No.:** _19344-026_ _(Numero de Registro)_
**Signature:** _Chan Bn_ _(Firma)_        **UNIT:** _WB_ _(Unidad)_
**Today=s Date:** _2-5-21_ _(Fecha de Hoy)_

**What is your medical problem?** (Cual es su problema medico?)
_Hernia_

**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?) _6 months ago_

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?)
_Never_

| History of medical problems? (Circle) | Diabetes | Hypertension | Cardiac Disease | Asthma |
| --- | --- | --- | --- | --- |
| | Immunocompromised | | Mental Health Problems | |

Por cuanto tiempo tiene este problema? (*Circule uno*) *Diabetis*    *Hypertencion*    *Enfermedad Cardiaca*    *Astma*
                                        *Immunocomprometida*    *Enfermedad Mental*

**Are you taking medicine?** (Circle one)  YES  NO  (Estas tomando medicina - Circule uno) (Si) (No)

**Do you Need Refills?** (Circle one)  YES  NO  (Necesitas rellenar tus medicinas? )  (Si) (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?**  YES  *NO*        If YES, do you have pain? (Circle one)  YES  NO
(*Le ha lesionado?*)        (Si)  (No)        (*Tienes dolor?*)        (*Circule Uno*) (Si)  (No)

If yes, how long have you had pain:_____  If YES, where is your pain? (*Si contestas Si, donde estas su dolor?*)_____
(*Por cuanto tiempo?*)

If yes, rate your pain (circle one)   1    2    3    4    5    6    7    8    9    (10)
(*Como quantifica su dolor (circule uno)*    (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
                        (*0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor*)

**All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.**
(*Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion*)

_____Do not write below this line_____
(*No escriba abajo de esta linea*)

*****************************************************************************************************************
*****************************************************************************************************************

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

Date Scheduled to be Seen: _____        HSU Staff Signature: _____

Health Care Provider
Comments:_____
_____

# Federal Correctional Complex
# Forrest City, Arkansas

## Sick Call Request/Triage and Medication Refill Form
Formulario para obtener una cita medica y para rellenar medicinas

7:00 am -7:30 am
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a.m. y 7:30 a.m. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

(PLEASE PRINT)
**NAME:** Charlie Blackchen _____(Nombre)
**REG. No.:** 19314-026 ___(Numero de Registro)
**Signature:** Chn Rn ___(Firma)      **UNIT:** W/B ___(Unidad)
**Today=s Date:** 3-11-21 ___(Fecha de Hoy)

**What is your medical problem?** (Cual es su problema medico?)
2 Large hernias one is 7 inches long and it's hard to get around

**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?)
6 months ago

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?)
Never

**History of medical problems?** (Circle)      Diabetes   Hypertension   Cardiac Disease      Asthma
Immunocompromised      Mental Health Problems

Por cuanto tiempo tiene este problema? (Circule uno) Diabetis   Hypertencion   Enfermedad Cardiaca   Astma
Immunocomprometida      Enfermedad Mental

**Are you taking medicine?** (Circle one)   YES   NO   (Estas tomando medicina - Circule uno)  (Si)  (No)

**Do you Need Refills?** (Circle one)      YES   NO   (Necesitas rellenar tus medicinas? )      (Si)  (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?**  YES  NO      If YES, do you have pain? (Circle one)  YES  NO
(Le ha lesionado?)      (Si)  (No)      (Tienes dolor?)      (Circule Uno) (Si)  (No)

If yes, how long have you had pain:_____   If YES, where is your pain? (Si contestas Si, donde estas su dolor?)_____
(Por cuanto tiempo?)

If yes, rate your pain (circle one)   1   2   3   4   5   6   7   8   9   (10)
(Como quantifica su dolor (circule uno)   (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
(0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)

**All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.**
(Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion)

_____Do not write below this line_____
(No escriba abajo de esta linea)

*************************************************************************************************************************
*************************************************************************************************************************

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

Date Scheduled to be Seen: _____      HSU Staff Signature: _____

Health Care Provider
Comments:_____
_____

2021 AUG -5 A 9:58

Its Setting on my right Testica. Its Causing a blackage and It's hard To eat much because I Start feeling Sick

Charlie Brockman 19304-026
FCC Forrest City low
Po Box 9000
Forrest City AR 72336

  

US District Court Clerk
600 W Capitol ave
Suite A-149.
Little Rock AR 72201 3325