IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| CHARLIE BRACKHAN<br>Reg #19304-026 | | PETITIONER |
| v. | 2:21CV00102-LPR | |
| JOHN P YATES, Warden,<br>FCI Forrest City Low | | RESPONDENT |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections.  After a careful and *de novo* review of the PFDR, the Objections, and the entire record, the Court concludes the PFDR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects except with respect to administrative exhaustion.  The Court does not need to reach the administration exhaustion issue.[1]

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No.1) is dismissed.

Dated this 3rd day of November 2021.

_____
LEE P. RUDOSFKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's decision does not preclude Mr. Brackhan from filing a properly-exhausted *Bivens* claim and, if necessary, seeking emergency injunctive relief.