IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLIE BRACKHAN                                                          PETITIONER
Reg #19304-026


v.                                      2:21CV00102-LPR


JOHN P YATES, Warden,                                                    RESPONDENT
FCI Forrest City Low

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED.

Dated this 3rd day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

1